Geoffrey E. Wiggs (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 South Norfolk Street, Suite 350
San Mateo, California 94403-1171
Telephone Number: (650) 577-5952
Facsimile Number: (650) 577-5953
Email Address: geoff@wiggslaw.com

J. Erik Heath, Esq. (SBN 304683)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone Number: (415) 391-2391
Email Address: erik@heathlegal.com

Attorneys for Plaintiff
DIANA CARDONA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA CARDONA,<br>      Plaintiff,<br><br>v.<br><br>LINCOLN D. GARDNER, P.C.; and DOES 1 through 10, inclusive,<br>      Defendants. | Civil Action No. 4:16-cv-02426<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(FRCP 41(a)(1)(A)(ii))** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Diana Cardona and Defendant Lincoln D. Gardner (collectively the "Parties") submit this stipulation of voluntary dismissal with prejudice.

   The parties stipulate to dismiss all claims in the above-entitled action, in their entirety, with prejudice. The parties further stipulate that each Party shall bear its own costs and attorney's fees.

| | | |
|---|---|---|
| 1 | Dated: <u>July 12, 2016</u> | LAW OFFICES OF GEOFF WIGGS |
| 2 | | J. ERIK HEATH, ATTORNEY AT LAW |
| 3 | | */s/ Geoffrey E. Wiggs* |
| 4 | | GEOFFREY E. WIGGS<br>Attorneys for Plaintiff |
| 6 | Dated: <u>July 12, 2016</u> | LINCOLN D. GARDNER, PC |
| 7 | | */s/ Lincoln d. Gardner*<br>LINCOLN D. GARDNER |